UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**BRACH EICHLER LLC**
Bob Kasolas, Esq.
Mark E. Critchley, Esq.
101 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-5700
*Attorneys for Defendant SunPath Ltd.*

| | |
|---|---|
| **LORI HAGUE, individually and on behalf of all others similarly situated,**<br><br>    Plaintiff,<br><br>v.<br><br>**SUNPATH LTD.,**<br><br>    Defendant | CIVIL ACTION # 3:21-cv-08053<br><br>**DEFENDANT'S RULE 7.1 DISLCOSURE** |

Defendant SunPath Ltd., by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states the following:

1. SunPath Ltd. is not a governmental party; and

2. There is no parent corporation or publicly held corporation owning ten (10%) percent  or more of its stock.

BRACH EICHLER LLC
*Attorneys for Defendant SunPath Ltd.*

By:   */s/ Bob Kasolas*
       Bob Kasolas, Esq.
       Mark E. Critchley, Esq.

DATED: April 27, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2021 a true and correct copy of the foregoing document has been served via the Court's ECF system on:

Ari Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Ashbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile: (732) 298-6256
Ari@marcuszelman.com
*Attorneys for Plaintiff*

                                              */s/ Bob Kasolas*
                                              Bob Kasolas, Esq.