# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**BRACH EICHLER LLC**
Bob Kasolas, Esq.
Mark E. Critchley, Esq.
101 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-5700
*Attorneys for Defendant SunPath Ltd.*

| | |
|---|---|
| **LORI HAGUE, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**SUNPATH LTD.,**<br><br>Defendant | CIVIL ACTION # 3:21-cv-08053<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendant SunPath Ltd. ("SunPath"), by and through its undersigned counsel shall move for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Plaintiff's Complaint, ECF No. 1, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion counsel shall rely upon the accompanying Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint.

BE:11842178.1/SUN114-280037

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

        **BRACH EICHLER LLC**
*Attorneys for Defendant SunPath Ltd.*

By: */s/ Bob Kasolas*
    Bob Kasolas, Esq.
    Mark E. Critchley, Esq.

and

Joseph P. Bowser, Esq.
*Pro hac vice application pending*
(VA State Bar/Federal Bar No. 88399)
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
T: 804-441-8701
F: 804-441-8438
jbowser@rothjackson.com

and

Gregory M. Caffas, Esq.
*Pro hac vice application pending*
(VA State Bar/Federal Bar No. 92142)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, Virginia
T: 703-485-3533
F: 703-485-3525
gcaffas@rothjackson.com

DATED: June 8, 2021

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 8, 2021 a true and correct copy of the foregoing document has been served via the Court's ECF system on:

Ari Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Ashbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile: (732) 298-6256
Ari@marcuszelman.com

                                            */s/ Bob Kasolas*
                                            Bob Kasolas, Esq.

BE:11842178.1/SUN114-280037