**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**BRACH EICHLER LLC**
Bob Kasolas, Esq.
Mark E. Critchley, Esq.
101 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-5700
*Attorneys for Defendant SunPath Ltd.*

| | |
|---|---|
| **LORI HAGUE, individually and on behalf of all others similarly situated,**<br><br>           **Plaintiff,**<br><br>v.<br><br>**SUNPATH LTD.,**<br><br>           **Defendants** | CIVIL ACTION # 3:21-cv-08053<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

On this day the Court considered Defendant SunPath Ltd.'s ("Defendant") Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction and for failure to state a claim under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), respectively ("Motion to Dismiss"). Upon review of the Motion and relevant case law, this Court finds that for good cause shown, it is hereby:

ORDERED that Defendant's Motion to Dismiss is GRANTED, and it is further

ORDERED that Plaintiff's claims against Defendant are hereby DISMISSED with prejudice.

ENTERED on this \_\_\_\_ day of _____, 2021

_____
UNITED STATES DISTRICT JUDGE