

**All Court Types Party Search**
Tue Jul 6 17:07:34 2021
20 records found

| User: | yzelman89 |
|---|---|
| Client: | |
| Search: | All Court Types Party Search Name sunpath ltd All Courts Page: 1 |

---

**Civil Results**

| | Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| 1 | SunPath Ltd. Corp. of Delaware (dft) | flsdce | 0:2020-cv-60046 | 890 | 01/09/2020 | 05/19/2020 |
| 2 | SUNPATH LTD. (dft) | njdce | 3:2021-cv-08053 | 485 | 04/02/2021 | |
| 3 | Sunpath LTD. (dft) | miedce | 2:2017-cv-11761 | 480 | 06/02/2017 | 12/18/2018 |
| 4 | SunPath Ltd. (dft) | madce | 1:2019-cv-12562 | 890 | 12/20/2019 | 02/03/2021 |
| 5 | SUNPATH LTD CORP (dft) | flndce | 3:2020-cv-05901 | 485 | 10/23/2020 | 05/27/2021 |
| 6 | Sunpath Ltd. (dft) | dedce | 1:2020-cv-01376 | 485 | 10/09/2020 | |
| 7 | SunPath LTD Corp. of Delaware (dft) | flndce | 3:2020-cv-05901 | 485 | 10/23/2020 | 05/27/2021 |
| 8 | SunPath LTD (dft) | txwdce | 3:2020-cv-00106 | 485 | 04/20/2020 | 06/15/2021 |
| 9 | SunPath LTD (dft) | flsdce | 0:2021-cv-61054 | 485 | 05/19/2021 | 05/19/2021 |
| 10 | SunPath Ltd. (dft) | tnmdce | 3:2021-cv-00023 | 480 | 01/13/2021 | |
| 11 | SunPath Ltd (dft) | txndce | 3:2020-cv-03501 | 485 | 11/30/2020 | |
| 12 | SunPath LTD (dft) | miedce | 2:2019-cv-13094 | 890 | 10/22/2019 | |
| 13 | SunPath LTD (dft) | txwdce | 3:2020-cv-00105 | 485 | 04/20/2020 | 08/17/2020 |
| 14 | SunPath Ltd (dft) | txndce | 3:2020-cv-01884 | 890 | 07/16/2020 | 03/15/2021 |
| 15 | SunPath LTD (dft) | miedce | 2:2019-cv-13097 | 890 | 10/22/2019 | 11/20/2019 |
| 16 | SunPath LTD (dft) | flsdce | 9:2020-cv-82168 | 485 | 11/24/2020 | |
| 17 | SunPath LTD (dft) | flsdce | 0:2021-cv-61055 | 485 | 05/19/2021 | 06/25/2021 |
| 18 | SunPath LTD (dft) | txwdce | 3:2020-cv-00023 | 485 | 01/24/2020 | 02/16/2020 |
| 19 | SunPath LTD (dft) | ilsdce | 3:2020-cv-00590 | 485 | 06/19/2020 | 07/20/2020 |
| 20 | SunPath LTD (dft) | flsdce | 0:2021-cv-60907 | 890 | 04/28/2021 | |

**PACER Service Center**

| | | Receipt 07/06/2021 17:07:35 12357023 |
|---|---|---|
| **User** | yzelman89 | |
| **Client** | | |
| **Description** | All Court Types Party Search | |
| | Name sunpath ltd All Courts Page: 1 | |
| **Pages** | 1 ($0.10) | |