# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**BRACH EICHLER LLC**
Bob Kasolas, Esq.
Mark E. Critchley, Esq.
101 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-5700
*Attorneys for Defendant SunPath Ltd.*

| | |
|---|---|
| **LORI HAGUE, individually and on behalf of all others similarly situated,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**SUNPATH LTD.,**<br><br>   **Defendants** | CIVIL ACTION # 3:21-cv-08053<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF THE MOTION DATE AND TIME TO REPLY** |

On this day the Court considered Defendant SunPath Ltd.'s ("SunPath") Unopposed Motion [17] for Extension of the Motion Date and Time to Reply (the "Motion").

Upon review, this Court finds that for good cause shown, it is hereby:

ORDERED that Defendant's Motion [17] is GRANTED *nunc pro tunc*.

ENTERED on this 3rd day of March, 2022

      s/ Zahid N. Quraishi
     ZAHID N. QURAISHI
     UNITED STATES DISTRICT JUDGE